OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 22 2015

**10/21/2015**
**COSME, AARON**          Tr. Ct. No. 1399044-A          **WR-83,857-01**
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 **S.W.3d 452 (Tex. Crim. App. 2010).**

Abel Acosta, Clerk



AARON COSME
HUGHES UNIT - TDC # 1905446          U T F
RT. 2, BOX 4400
GATESVILLE, TX 76597